JENNIE B. EGGLESTON, Respondent, *v.* THE TOWN OF CHAUTAUQUA, Appellant.

*Eggleston* v. *Town of Chautauqua*, 90 App. Div. 314, affirmed.
(Argued October 19, 1905; decided November 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

January 18, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*A. B. Ottaway* for appellant.

*Jerome B. Fisher* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.